**Order entered August 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

### DASPIT LAW FIRM, PLLC, Appellant

### V.

### ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC D/B/A AVANT LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

This is an accelerated appeal from the trial court's order denying appellant's motion to abate and motion to compel arbitration. Before the Court is appellant's August 6, 2019 motion to extend time to file its brief. Appellant seeks a thirty-day extension because the clerk's record omits a contingency fee contract that was signed by Eric Herman and filed as Exhibit 1 to the motion to abate and motion to compel arbitration. We **GRANT** the extension motion as follows.

We **ORDER** Dallas County Clerk John F. Warren to file, no later than August 19, 2019, a supplemental clerk's record containing Exhibit 1. We further **ORDER** appellant to file its brief within twenty days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    ERIN A. NOWELL
        JUSTICE